# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA<br>V.<br>JOEL VARGAS (3)<br>ANGELICA MARIE VARGAS (5) | **AMENDED EXHIBIT LIST**<br><br>Case Number: 1:18-CR-00007 |
|---|---|
| PRESIDING JUDGE<br>HON. MARCIA CRONE | PLAINTIFF'S ATTORNEY<br>Michael Anderson<br>Chris Rapp | DEFENDANT'S ATTORNEY<br>Reynaldo Morin for Joel Vargas<br>James Makin for Angelica Vargas |
| TRIAL DATE (S)<br>March 25, 2019 | COURT REPORTER<br>Tonya Jackson | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Loss Spreadsheet |
| 2a | | | | | Goodyear Tires Theft Locations |
| 2b | | | | | Goodyear Tires Associated Burglary Costs |
| 2c | | | | | Goodyear Tires Product Loss Overview |
| 2d | | | | | Goodyear Tires Inventory Used in Lake Charles Sting Operation |
| 3a | | | | | Wayne McCoy Loss Documents |
| 3b | | | | | News Article Referencing Bryan Store Burglary |
| 4 | | | | | Edinburg Video |
| 5 | | | | | Edinburg Still-Shot |
| 6 | | | | | Beaumont Goodyear Store Surveillance Video (Suspect with Door) |
| 7 | | | | | Beaumont Goodyear Store Surveillance Video (Camera Smothering) |
| 8 | | | | | Beaumont Goodyear Store Surveillance Still-shot |
| 9a | | | | | Longview Surveillance Video (U-Haul Truck Arrival 1) |
| 9b | | | | | Longview Surveillance Video (U-Haul Truck Arrival 2) |
| 9c | | | | | Longview Surveillance Video (U-Haul Truck Arrival 3) |
| 9d | | | | | Longview Surveillance Video (Suspects Outside Near Fence 1) |
| 9e | | | | | Longview Surveillance Video (Suspects Outside Near Fence 2) |
| 9f | | | | | Longview Surveillance Video (Suspects in Tire Bay 1) |
| 9g | | | | | Longview Surveillance Video (Suspects in Tire Bay 2) |
| 9h | | | | | Longview Surveillance Video (Suspects in Tire Bay 3) |
| 9i | | | | | Longview Surveillance Video (Suspects in Tire Bay 4) |

| | | | | | |
|---|---|---|---|---|---|
| 9j | | | | | Longview Surveillance Video (Suspects Inside Facility) |
| 10 | | | | | Wichita Falls Surveillance Video (Suspects Walking/Camera Hit) |
| 11 | | | | | Wichita Falls Still-Shot (Suspects Walking) |
| 12 | | | | | Wichita Falls Surveillance Video (Suspect U-Haul Vehicle) |
| 13a | | | | | Wichita Falls Still-Shot (Suspect U-Haul Vehicle 1) |
| 13b | | | | | Wichita Falls Still-Shot (Suspect U-Haul Vehicle 2) |
| 13c | | | | | Wichita Falls Still-Shot (Suspect U-Haul Vehicle 3) |
| 14 | | | | | Ross Rigby/Arthur Vargas Video (01/09/2018) |
| 15 | | | | | Ross Rigby/Arthur Vargas Transcript from Video (01/09/2018) |
| 16 | | | | | Ross Rigby/Arthur Vargas Phone Call |
| 17 | | | | | Ross Rigby/Arthur Vargas Transcript from Phone Call |
| 18 | | | | | Calcasieu Video |
| 19 | | | | | James Mullins Loss Document |
| 20 | | | | | Bill Hall Bank Records |
| 20a | | | | | Summary of Bill Hall Bank Records |
| 21 | | | | | Vivian Nance Photo |
| 22 | | | | | Michael Lopez/Joel Vargas Texts |
| 22a | | | | | Summary of Ex. 22 – Joel Vargas Texts |
| 23a | | | | | Bryan Geolocation Video |
| 23b | | | | | Bryan Geolocation Video |
| 23c | | | | | Bryan Cell Phone Photo of Map |
| 23d | | | | | Arthur Vargas Raw Data |
| 24a | | | | | Edinburg Geolocation Video |
| 24b | | | | | Edinburg Geolocation Video |
| 24c | | | | | Edinburg Geolocation Video |
| 24d | | | | | Edinburg Photo of Map |

| | | | | | |
|---|---|---|---|---|---|
| 24e | | | | | Edinburg Photo of Map |
| 24f | | | | | Angelica Vargas Raw Data |
| 24g | | | | | Joel Vargas Raw Data |
| 25a | | | | | Beaumont Geolocation Video |
| 25b | | | | | Beaumont Geolocation Video |
| 25c | | | | | Beaumont Photo of Map |
| 25d | | | | | Beaumont Photo of Map |
| 25e | | | | | Joel Vargas Raw Data |
| 25f | | | | | Sosa Raw Data |
| 26a | | | | | Longview Geolocation Video |
| 26b | | | | | Longview Geolocation Video |
| 26c | | | | | Longview Photo of Map |
| 26d | | | | | Longview Photo of Map |
| 26e | | | | | Joe Vargas Raw Data |
| 26f | | | | | Sosa Raw Data |
| 27a | | | | | Wichita Falls Geolocation Video |
| 27b | | | | | Wichita Falls Geolocation Video |
| 27c | | | | | Wichita Falls Photo of Map |
| 27d | | | | | Wichita Falls Photo of Map |
| 27e | | | | | Joel Vargas Raw Data |
| 27f | | | | | Sosa Raw Data |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |